Eugene Lavallee, p. a.
vs. }Law No. 78396
Laurianne Dion

Ellen Minot
vs. }Law No. 78397
Laurianne Dion

Arthur Minot, p. a.
vs. }Law No. 78398.
Laurianne Dion

January 24, 1930.

POULIOT, J. This is an action brought by the plaintiffs to recover damages as the result of a collision of two automobiles at the intersection of Grove Street with Crawford Street in the City of Woonsocket on October 17, 1928, between the hours of eight and nine o'clock in the evening. One

car was the property of Ellen Minot and was being operated by her son, Arthur Minot, who had a companion, Eugene Lavallee, as a passenger, and the other car was being operated by Laurianne Dion, the defendant, and the owner of the car.

At the end of the trial the jury returned a verdict for the defendant in each case. The Court sees no reason why that finding should be disturbed. The issue was one of fact which the jury could have decided either way. It evidently believed the story of the defendant which, coupled with the physical facts and with a view of the scene of the accident, made it probable that the defendant was not guilty of any negligence.

The verdict is sustained.

For plaintiffs: John Di Libero and Robert Brown.

For defendant: Ralph T. Barnefield.